IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-09-00247-CR

 

In
re Hernando Estrada Ramirez

 

 



Original Proceeding

 

 



MEMORANDUM  Opinion



 

In this original proceeding, Relator
Hernando Estrada Ramirez seeks mandamus relief from the Respondent trial
judge’s denial of his motion for judgment nunc pro tunc.  Relator asserts that,
based on the indictment’s allegations and the jury’s verdict, the judgment of
conviction incorrectly includes a deadly-weapon finding made by the trial
judge.

Because Relator has not provided us with
an adequate, sworn record (namely, the indictment, the jury charge, and the judgment),
we deny his petition.

 

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Petition
denied

Opinion
delivered and filed September 9, 2009

Do
not publish

[OT06]